## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

| | |
|---|---|
| CATHARINE GIGNAC, JACOB GIGNAC and JEREMY GIGNAC, <br><br> Plaintiffs, <br><br> v. <br><br> EASTERN MAINE HEALTHCARE SYSTEMS, d/b/a NORTHERN LIGHT HEALTH, and BLACKBAUD, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Case No. 1:21-cv-00012-JDL <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiffs voluntarily dismiss the claims in the captioned action (the "Action") asserted against defendant Eastern Maine Healthcare Systems, d/b/a/ Northern Light Health ("Eastern Maine"), without prejudice. Because this notice of dismissal is being filed with the Court before service by Eastern Maine of either an answer or a motion for summary judgment, plaintiffs' dismissal of the claims in the Action asserted against Eastern Maine is effective upon the filing of this notice.

Dated: February 5, 2021

Respectfully submitted,

SOLIDARITY LAW, PLLC

By: *[signature: Jeffrey Neil Young]*

    Jeffrey Neil Young
    jyoung@solidarity.law
    Solidarity Law, PLLC
    9 Longmeadow Rd.
    Cumberland, ME 04110
    Tel: (207) 844-4243

Counsel for Plaintiffs and the Proposed Class

Howard T. Longman (Pro Hac Vice to be filed)
LongmanLawPC@gmail.com
LONGMAN LAW P.C.
345 Eisenhower Parkway, Suite 1800
Livingston, N.J. 07039
Tel: (973) 994 2315
Fax: (973) 994 2319

Lynda J. Grant (Pro Hac Vice to be filed)
lgrant@grantfirm.com
THEGRANTLAWFIRM, PLLC
521 Fifth Avenue, 17th Floor
New York, NY 10175
Tel: (212) 292-4441
Fax: (212) 292-4442

## CERTIFICATE OF SERVICE

I, Jeffrey Neil Young, hereby certify that on February 5, 2021, I electronically filed the above Notice of Dismissal using the CM/ECF system, which will send notifications of this filing to all parties of record.

Dated: February 5, 2021

/s/ Jeffrey Neil Young
jyoung@solidarity.law
Solidarity Law, PLLC
9 Longmeadow Rd.
Cumberland, ME 04110
Tel: (207) 844-4243

Counsel for Plaintiffs and the Proposed Class